UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BENJAMIN GOTTKE      CIVIL ACTION

VERSUS

DIXON CORRECTIONAL
INSTITUTE, ET AL.      NO. 23-00673-BAJ-RLB

RULING AND ORDER

Plaintiff, an individual confined at the Elayn Hunt Correctional Center who is representing himself without assistance of counsel, filed this proceeding pursuant to 42 U.S.C. § 1983 complaining that his constitutional rights were violated due to deliberate indifference to his serious medical needs resulting in the loss of one of his testicles. He seeks monetary and injunctive relief. (Doc. 10). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 13, the "Report")**, recommending that Plaintiff's federal constitutional claims be dismissed, with prejudice, for failure to state a claim upon which relief may be granted, and further recommending that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal constitutional claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel (Doc, 11) be and is hereby **DENIED AS MOOT**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 22nd day of August, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**